## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury 26-1 Sworn in on April 30, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AUDIAS FLORES SILVA,**<br>**also known as "Jardinero,"**<br><br>**Defendant.** | **CRIMINAL NO. 1:20-CR-164 (CRC)**<br><br>21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(A), 960(b)(1)(H), and 963<br>(Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine, One Kilogram or More of Heroin, Five Hundred Grams or More of Methamphetamine for Importation into the United States)<br><br>18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(ii)<br>(Use, Carry, and Possession of a Firearm, Including a Destructive Device)<br><br>18 U.S.C. § 2 (Aiding and Abetting)<br><br>18 U.S.C. § 1956(a)(1)(B)(i) and 1956(h)<br>(Money Laundering Conspiracy)<br><br>21 U.S.C. §§ 853 and 970<br>(Drug Forfeiture)<br><br>18 U.S.C. § 982<br>(Money Laundering Forfeiture) |

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning in at least 2012, and continuing thereafter, up to at least November 2025, the exact dates being unknown to the Grand Jury, in the countries of Mexico, the United States, and

elsewhere, the Defendant, **AUDIAS FLORES SILVA, also known as "Jardinero,"** and others, known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to manufacture and distribute: five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; one (1) kilogram or more of a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance; and five hundred (500) grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance; intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960; all in violation of Title 21, United States Code, Section 963.

With respect to the Defendant, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii); one (1) kilogram or more of a mixture and substance containing a detectible amount of heroin, in violation of Title 21, United States Code, Section 960(b)(1)(A); and five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 960(b)(1)(H).

(Conspiracy to Distribute 5 Kilograms or More of Cocaine, 1 Kilogram or More of Heroin, 500 grams or More of Methamphetamine, Intending, Knowing, and Having Reasonable Cause to Believe that Such Substances Will Be Unlawfully Imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), 960(b)(1)(B)(ii), 960(b)(1)(A), 960(b)(1)(H), and 963.)

## COUNT TWO

Beginning in at least 2012, and continuing thereafter, up to at least November 2025, the exact dates being unknown to the Grand Jury, the Defendant, **AUDIAS FLORES SILVA, also**

2

known as "Jardinero," did knowingly and intentionally use and carry one or more firearms, during and in relation to one or more drug trafficking crimes, to wit: the crime charged in Count One, and did knowingly and intentionally possess such firearms, in furtherance of said drug trafficking crimes, one or more of which firearms was a destructive device, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(ii), and 2.

> (Use, Carry, and Possession of a Firearm, Including a Destructive Device, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(B)(ii), and Aiding and Abetting, in violation of Title 18, United States Code, Section 2.)

## COUNT THREE

Beginning in at least August 2022, and continuing thereafter, up to at least November 2025, the exact dates being unknown to the Grand Jury, in the countries of Mexico and the United States, the Defendant, **AUDIAS FLORES SILVA, also known as "Jardinero,"** did knowingly and intentionally conspire and agree with others, known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is: to knowingly conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, to wit, narcotics trafficking, in violation of Title 21, United States Code, Sections 841, 846, 952, 959, 960, and 963, knowing the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that such transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of such specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

> (Money Laundering Conspiracy, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h))

3

## FORFEITURE ALLEGATION 1

The United States hereby gives notice to the Defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate the commission of such offense.

## FORFEITURE ALLEGATION 2

The United States hereby gives notice to the Defendant that upon his conviction of Title 18 offenses alleged in Count Three of this Indictment, the Government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), of all property, real or personal, involved in such offenses, and all property traceable to such property.

## SUBSTITUTE FORFEITURE ALLEGATION

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the Defendant, up to the value of the above forfeitable property.

4

A TRUE BILL:

_____
Foreperson


_____
MARGARET A. MOESER
Chief
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U.S. Department of Justice


By:    _____
DOUGLAS MEISEL
KIRK HANDRICH
Trial Attorneys
Money Laundering, Narcotics and Forfeiture
Section
Criminal Division
U.S. Department of Justice
Washington, D.C.  20530

5