**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 20-CR-164 (CRC)** |
| **v.** | |
| **AUDIAS FLORES SILVA,**<br>**also known as "Jardinero,"** | |
| **Defendant.** | |

### GOVERNMENT'S MOTION TO QUASH ARREST WARRANT

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order to quash the arrest warrant for defendant Audias Flores Silva. In support thereof the Government states the following:

1. Pursuant to the return of an Indictment, an original arrest warrant was issued for the defendant on or about August 13, 2020.

2. Pursuant to the return of a Superseding Indictment, a superseding arrest warrant was issued on May 13, 2026.

3. The defendant will be arrested and processed on the Superseding Indictment.

4. Accordingly, the Government respectfully moves this Court to quash the original arrest warrant.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Motion to Quash the Original Arrest Warrant be granted.

Respectfully submitted,


MARGARET A. MOESER
Chief
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice



By:      /s/ Douglas Meisel
DOUGLAS MEISEL
Trial Attorney
Money Laundering, Narcotics
and Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Tel.:    (202) 598-2281
Email: Douglas.Meisel@usdoj.gov